COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present: Judges Humphreys, O'Brien and Senior Judge Bumgardner

PURCELLVILLE MOTORS, INC. AND
  ERIE INSURANCE EXCHANGE

                                          MEMORANDUM OPINION[*]
v.      Record No. 0111-16-4                      PER CURIAM
                                          APRIL 26, 2016

JACK ANTHONY FARR

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(J. David Griffin; Winchester Law Group, P.C., on briefs), for
appellants.

(James E. Swiger, on brief), for appellee.

Purcellville Motors, Inc. ("employer") appeals from a January 12, 2016 order of the

Workers' Compensation Commission affirming a deputy commissioner's opinion awarding

permanent partial disability benefits to Jack Farr ("claimant"). On appeal, employer contends

(1) claimant failed to meet his burden of proof and (2) "no credible evidence supports the

Commission's rulings that the claimant sustained a 35% functional loss of use to his left arm as a

result of this accident."

Upon reviewing the record and briefs, we conclude that this appeal is without merit.

Accordingly, we summarily affirm the Commission's decision. Rule 5A:27. We affirm for the

reasons stated by the Commission in its final opinion. See Farr v. Purcellville Motors, Inc., JCN

VA00000907282 (Jan. 12, 2016). We dispense with oral argument and summarily affirm

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>